Order entered January 10, 2013



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

Nos. 05-12-00261-CR
05-12-00738-CR
05-12-00739-CR

**ERICH DOUGLAS LEE, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F11-41203-H

## ORDER

Before the Court is the State's second motion for extension of time to file its brief. We

GRANT the motion. The time to file the State's brief is extended to January 9, 2013. We

ORDER the State's brief tendered on January 9, 2013 filed as of the date of this order.

JIM MOSELEY
PRESIDING JUSTICE